UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCHELL CINQUE MAGEE,<br><br>    Petitioner,<br><br>  v.<br><br>A.K. SCRIBNER,<br><br>    Respondent. | Case No. 16-cv-6702-TEH<br><br>JUDGMENT |

    Pursuant to the order of dismissal signed today, a judgment of dismissal is entered against Petitioner.  Petitioner shall obtain no relief by way of his petition.

    IT IS SO ORDERED.

Dated: 12/05/2016

_____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.16\Magee6702.jud.docx